

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00413-CV

Billy **SEMMLER** as Representative of Marynell Semmler,
Appellant

v.

John R. **LANDER** and Kimberly Lander,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-09-0838-CVA
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellees' motion for an order affirming the trial court's judgment is MOOT. We tax costs of court for this appeal against Billy Semmler as representative of Marynell Semmler.

SIGNED February 27, 2019.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice